249 So.2d 201

George L. BABIN, Individually and as Administrator of the Estate of his minor child, George L. Babin, Jr.

v.

William CASBY, Jr., Universal Life Insurance Company, and New York Fire & Marine Underwriters, Inc.

No. 51482.

June 21, 1971.

In re: George Babin, Sr., Individually and as Administrator of the estate of the minor child, George Babin, Jr. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 247 So.2d 226.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

■

249 So.2d 201

NATIONAL SURETY CORPORATION

v.

William Alexander COLQUITT et al.

No. 51459.

June 21, 1971.

In re: Berg Mechanical, Inc., Central Wholesale Company, Inc., Dixieaire Air

Conditioning Company, Inc., Stephenson Floor Covering Company, Inc., and Industrial Roofing and Sheet Metal Works applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 246 So.2d 890.

Application denied. The judgment is correct.